### MONOHAN et al. v. PORTER.

Court of Appeals of Kentucky.

(Decided May 10, 1932.)

FAUREST & FAUREST for movant.

ALLEN P. CUBBAGE, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.